AO 245D (Rev. 09/19)  Judgment in a Criminal Case for Revocations
Sheet 1

United States District Court
Southern District of Texas
**ENTERED**
April 17, 2025
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
Holding Session in Houston

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
| v. | (For Revocation of Probation or Supervised Release) |
| **KRISTINE GUZMAN** | |

CASE NUMBER: 4:19CR00234-011
USM NUMBER: 88573-479

Eugene Tausk, FPD
Defendant's Attorney

**THE DEFENDANT:**

☒ admitted guilt to violation of condition(s) 1,2,3,5,6, and 7 of the term of supervision.
☒ was found in violation of condition(s) 8 after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Drug Possession, Usage, Distribution, or Administration (Standard Condition) | May 8, 2023 |
| 2 | Drug Possession, Usage, Distribution, or Administration (Standard Condition) | June 12, 2024 |
| 3 | Law Violation: (Driving while intoxicated) (Mandatory condition) | October 22, 2024 |

☒ See Additional Violations

The defendant is sentenced as provided in pages 2 through 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☒ The defendant has not violated condition(s) 4 and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No.: XXX-XX-4272
Defendant's Date of Birth: XX/XX/1994

City and State of Defendant's Residence:
Houston, Texas

April 14, 2025
Date of Imposition of Judgment

_(signature)_
Signature of Judge

**KENNETH M. HOYT**
**UNITED STATES DISTRICT JUDGE**
Name and Title of Judge

4-17-25
Date

AO 245D (Rev. 09/19)   Judgment in a Criminal Case for Revocations
Sheet 1A

Judgment — Page 2 of 3

DEFENDANT: **KRISTINE GUZMAN**
CASE NUMBER: **4:19CR00234-011**

# ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 5 | Drug Possession, Usage, Distribution, or Administration (Standard Condition) | November 21, 2024 |
| 6 | Drug Possession, Usage, Distribution, or Administration (Standard Condition) | December 11, 2024 |
| 7 | Drug Possession, Usage, Distribution, or Administration (Standard Condition) | January 24, 2025 |
| 8 | Drug Possession, Usage, Distribution, or Administration (Standard Condition) | February 19, 2025 |

☒ See Additional Violations

AO 245D (Rev. 09/19)  Judgment in a Criminal Case for Revocations
Sheet 2 – Imprisonment

| | |
|---|---|
| DEFENDANT: **KRISTINE GUZMAN** | Judgment — Page 3 of 3 |
| CASE NUMBER: **4:19CR00234-011** | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of: 3 months.

☐ See Additional Imprisonment Terms.

☐ The court makes the following recommendations to the Bureau of Prisons:

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____ on _____

    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 2 p.m. on _____

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL